IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| Kenneth SMITH, JR., | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-403 (MTT) |
| Tomeka WRIGHT, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court on the Recommendation to Grant (Doc. 28) (the "Recommendation") of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge, having reviewed the Defendant's Motion for Summary Judgment (Doc. 20) (the "Motion"), recommends granting the Motion because the Plaintiff has not presented evidence that his alleged four-day delay in receiving medical supplies was "tantamount to unnecessary and wanton infliction of pain." The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion is **GRANTED.**

**SO ORDERED**, this the 8th day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT